AO 91 (Rev. 12/03) Criminal Complaint 8/07

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **CALIFORNIA**

—oOo—

**FILED**

JUL 11 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES OF AMERICA
v.

Angel Avilio MARTINEZ-DIAZ,
Jose Luis RAMIREZ-VERDUZCO,
Jose Maria VILLAREAL, and
Jose Angel MARTINEZ-CHAIREZ,

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:13-mj-0008 CMK

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 10, 2013**, in **Shasta** County, in the Eastern District of California the defendants did:

▸ conspire with each other and with other unknown persons to possess with intent to distribute at least 500 grams or more (to wit: approximately 30 pounds) of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, and
- knowingly possess with the intent to distribute at least 500 grams (to wit: approximately 30 pounds) of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance,

in violation of Title **21**, United States Code, Sections **846 and 841(a)(1)**. I further state that I am a Special Agent with the United States Drug Enforcement Administration and that this complaint is based on the following facts:

▸ See attached Affidavit of S.A. Christopher DeFreece,

Continued on the attached sheet and made a part of this complaint:  **X**

_____
Signature of Complainant Christopher DeFreece,
Special Agent, Drug Enforcement Administration

Sworn to before me, and signed in my presence
July 11, 2013                                    at    Redding, California

Date                                                        City            State

Craig M. Kellison        U.S. Magistrate Judge

_____
Signature of Judge

Name of Judge            Title of Judge

## AFFIDAVIT

I, Christopher DeFreece, Special Agent, United States Department of Justice, Drug Enforcement Administration (DEA), being duly sworn, do depose and state:

I am a Special Agent with the U.S. Drug Enforcement Administration (DEA) and have been employed since 1988. I was trained as a DEA Special Agent at the DEA/FBI Academy, Quantico, Virginia. During my training, I received specialized instruction in the Controlled Substance Act, Title 21 United States Code, including but not limited to Sections 841 (a)(1) and 846, Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations, respectively. I have received specialized training regarding criminal organizations engaged in conspiracies to manufacture and/or possess with the intent to distribute cocaine, cocaine base, heroin, methamphetamine, marijuana and other dangerous drugs prohibited by law. I have received further training in search and seizure law and many other facets of drug law enforcement.

During the course of my employment as a DEA Special Agent, I have participated in numerous criminal investigations, and have gained knowledge and experience by working with other Special Agents and police officers. I have participated in numerous Federal and State search warrants involving the aforementioned listed controlled substances, the seizure of narcotic related records and other types of evidence that document the activities of criminal organizations in both the manufacturing and distribution of controlled substances. To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources, including physical and electronic surveillance and various types of infiltration, including undercover agents, informants and cooperating sources. Through these investigations, my training and experience, and conversations with other experienced agents and law enforcement personnel, I have become familiar with the methods used by traffickers to smuggle and safeguard narcotics, to distribute narcotics, and to collect and launder related proceeds.

The information contained in this affidavit is based upon my personal observations, observations of other law enforcement officers, my review of official police and government reports, and consultation with other agents and officers involved in the investigation. Because this affidavit is being submitted for the limited purpose of

obtaining arrest warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary and appropriate to establish the appropriate foundation for the issuances of arrest warrants.

This affidavit is submitted in support of a request that a criminal complaint be issued for the following persons:

A. Angel Avilio MARTINEZ-DIAZ – DOB: 03-26-1987.

B. Jose Luis RAMIREZ-VERDUZCO – DOB: 09-17-1985.

C. Jose Maria VILLAREAL – DOB: 08-28-1988.

D. Jose Angel MARTINEZ-CHAIREZ – DOB: 05-30-1975

For violations of Title 21 United States Code, Section 841 (a) (1), knowingly possess with the intent to distribute at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; and Title 21 United States Code, Section 846, conspire with each other and with other unknown persons to possess with the intent to distribute at least 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

## STATEMENT OF PROBABLE CAUSE

On July 10, 2011, your affiant participated along with other officers and agents in a buy/bust operation where he observed a Shasta County Interagency Narcotic Task Force (SINTF) Confidential Source, herein referred to as the CS, and under the direction and surveillance of law enforcement, meet with four Hispanic male adults later identified as Angel Avilio MARTINEZ-DIAZ, Jose Luis RAMIREZ-VERDUZCO, Jose Maria VILLAREAL and Jose Angel MARTINEZ-CHAIREZ. The purpose of the meeting was for the CS, under the direction of law enforcement, to purchase fifteen kilos of methamphetamine. This meeting took place in the Arby's parking lot located at 2000 Arby Way, Anderson, California.

Prior to July 10, 2013, your affiant was told by SINTF Commander Les James, that on or about July 1 or July 2, 2013, the CS met with two Hispanic male adults in San Jose, California. One of the individuals went by the name of "Angel". According to the CS, during this meeting, the CS and "Angel", who was later identified at the time of his arrest, as Angel Avilio MARTINEZ-DIAZ, spoke about the CS purchasing a large amount of methamphetamine. The CS further told Commander James that during the conversation, the other Hispanic male adult, (who was also identified at the time of his arrest as Jose Angel MARTINEZ-CHAIREZ), was present but did not speak to the CS other than to say hello. The CS further added that MARTINEZ-CHAIREZ however, gave the CS the impression that he was present as a bodyguard or lookout during the conversation.

Your affiant was further told by Commander James, that after that meeting, the CS and MARTINEZ-DIAZ, continued to have several more telephone conversations over the next week regarding the methamphetamine transaction. In these conversations, MARTINEZ-DIAZ told the CS that he had 13 kilos of methamphetamine available for purchase and was looking for an additional two more. The CS and MARTINEZ-DIAZ agreed to meet again on July 10, 2013. They also agreed that MARTINEZ-DIAZ would sell the CS 15 kilos of methamphetamine for $13,000 per kilo, for a total price of $195,000.

On July 10, 2013, your affiant, along with other assisting officers and agents, established surveillance around the CS in the parking lot of the Arby's Restaurant in Anderson, California. The CS then was directed to place a telephone call to MARTINEZ-DIAZ. MARTINEZ-DIAZ told the CS that he was in currently passing through Red Bluff, California and was traveling north on the freeway to meet. The CS advised MARTINEZ-DIAZ to call when he got closer to the City of Anderson and he would advise where to meet. A short time later, MARTINEZ-DIAZ called the CS and stated that he was close to Anderson. The CS then gave MARTINEZ-DIAZ directions to the Walmart Shopping Center located off of Deschutes Road which is just a short distance away from the Arby's. Also during that conversation, MARTINEZ-DIAZ told the CS that he was traveling in a black truck.

A short time after that call, surveillance agents who were parked in the Walmart parking lot, observed a black truck with two Hispanic male adults inside. The subjects in the truck, who were later identified as MARTINEZ-DIAZ and MARTINEZ-CHAIREZ, appeared to be driving around the lot as if they were looking for someone or another vehicle. Surveillance also observed that suspect identified as MARTINEZ-CHAIREZ was driving the truck. Surveillance agents then observed the black truck stop in front of the Walmart near the garden center entrance. The truck then picked up another Hispanic male adult (later identified as Jose Maria VILLAREAL). The CS was then directed to contact MARTINEZ-DIAZ by telephone and direct him to the Arby's Restaurant just a short distance away.

Surveillance agents then followed the black truck directly from the Walmart parking lot to the Arby's parking lot. At the Arby's parking lot, surveillance agents then observed all three Hispanic males exit the truck and engage with the CS. The CS was then brought over to the truck by MARTINEZ-DIAZ where according to the CS, the CS was shown approximately one pound of methamphetamine which was located inside a brown paper bag further located inside a green tool box in the bed of the truck. As MARTINEZ-DIAZ was showing the CS the methamphetamine, the other two Hispanic males, later identified as MARTINEZ-CHAIREZ and VILLAREAL took up positions around the truck as if they were watching or standing guard. The CS asked MARTINEZ-DIAZ where the rest of the agreed amount of methamphetamine was and told MARTINEZ-DIAZ to go bring the rest of it. Surveillance agents then observed VILLAREAL enter the passenger's side of the truck and MARTINEZ-CHAIREZ get into the driver's side. The truck was then followed by surveillance out of the lot and back to the Walmart parking lot where it parked. MARTINEZ-DIAZ remained back at the Arby's lot with the CS.

Surveillance agents who were still at the Walmart, then observed another Hispanic male adult, later identified as Jose Luis RAMIREZ-VERDUZCO meet up with VILLAREAL. Surveillance agents further observed that MARTINEZ-CHAIREZ remained inside the parked truck. Agents followed both VILLAREAL and RAMIREZ-VERDUZCO into the Walmart where they were observed purchasing Styrofoam ice chests. After the purchase, agents then observed RAMIREZ-VERDUZCO and

4

VILLAREAL get into a gold colored sedan, with VILLAREAL in the passenger's seat and RAMIREZ-VERDUZCO in the driver's seat. The gold sedan and the black truck were only parked just a few stalls away from each other. Both vehicles then left the parking lot in tandem followed by surveillance agents. Both vehicles were then followed back to the Arby's parking lot where they parked. The black truck which was being driven by MARTINEZ-CHAIREZ parked in a stall facing out to the street, the gold colored sedan driven by RAMIREZ-VERDUZCO was parked behind the Arby's next to the garbage bins where the CS and MARTINEZ-DIAZ were located. Agents then observed VILLAREAL exit the front passenger's seat and enter the backseat area of the gold sedan. After a very short time, the CS was called over to the gold colored sedan where the CS was observed by agents looking into the backseat area. At the time the CS was looking into the back seat, all four subjects were now standing outside the vehicle observing the actions of the CS. The CS later told agents that the CS observed several wrapped packages contained in the Styrofoam ice chests which were located in the back seat. The CS, after seeing the wrapped packages then gave a pre-arranged arrest signal.

As agents were arriving into the parking lot, VILLAREAL ran from the gold sedan and behind the Arby's in an attempt to get away from the incoming agents. After a short pursuit VILLAREAL was apprehended. MARTINEZ-DIAZ, MARTINEZ-CHAIREZ and RAMIREZ-VERDUZCO were all taken into custody without incident around the gold sedan.

Immediately after the arrest, agents located thirteen wrapped packages hidden inside the three Styrofoam ice chests further located in the back seat of the gold sedan. Also located in the sedan was a hidden manufactured compartment where agents located an additional small amount of packaged methamphetamine. After a search of the black truck, agents located the other package the CS was shown, which contained approximately one pound of methamphetamine. A presumptive field test was conducted on two of the packages which tested positive for the presence of methamphetamine. The weight of all fourteen packages totaled approximately 15,519 grams. All four subjects were then transported to the DEA Redding office where they were processed. During processing, MARTINEZ-DIAZ and RAMIREZ-VERDUZCO advised that they are in the United States illegally and not United States citizens. After processing all four subjects

were then transported to the Shasta County Jail pending transfer to the custody of the United States Marshal's Service.

Based upon the above information, your affiant believes that there is probable cause to believe that Angel Avilio MARTINEZ-DIAZ, Jose Angel MARTINEZ-CHARIEZ, Jose Luis RAMIREZ-VERDUZCO and Jose Maria VILLAREAL have violated Title 21 United States Code, Section 841 (a) (1), knowingly possess with the intent to distribute at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; and Title 21 United States Code, Section 846, conspire with each other and with other unknown persons to possess with the intent to distribute at least 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Christopher DeFreece, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
This 11th day of July, 2013

Honorable Craig M. Kellison
United States Magistrate Judge

Approved as to form on July 11, 2013
Richard Bender, AUSA