| 1  | BENJAMIN B. WAGNER |  | **FILED** |
|----|---|---|---|
| 2  | United States Attorney<br>RICHARD J. BENDER |  | JUL 1 8 2013 |
| 3  | Assistant United States Attorney<br>501 I Street, Suite 10-100 |  | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| 4  | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |  | BY <br>DEPUTY CLERK |

Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0247 JAM |
|---|---|
| Plaintiff, | 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with the Intent to Distribute Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture |
| v. |  |
| JOSE ANGEL MARTINEZ CHAIREZ,<br>ANGEL AVILIO MARTINEZ DIAZ,<br>JOSE MARIA VILLAREAL, and<br>JOSE LUIS RAMIREZ VERDUZCO, |  |
| Defendants. |  |

# INDICTMENT

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine]

The Grand Jury charges: T H A T

JOSE ANGEL MARTINEZ CHAIREZ,
ANGEL AVILIO MARTINEZ DIAZ,
JOSE MARIA VILLAREAL, and
JOSE LUIS RAMIREZ VERDUZCO,

defendants herein, between on or about June 27, 2013, and on or about July 10, 2013, in the County of Shasta, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire with each other and with other persons unknown to the Grand Jury, to distribute, and possess with the

INDICTMENT – U.S. v. JOSE ANGEL MARTINEZ
CHAIREZ, ET AL.
1

intent to distribute, at least 500 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

The Grand Jury further charges: T H A T

JOSE ANGEL MARTINEZ CHAIREZ,

defendant herein, at the time of the offense alleged above, had already been convicted of a felony drug offense which had become final, that is, possession of marijuana for sale, in violation of California Health & Safety Code Section 11359, on or about November 21, 2011, in the Superior Court for Santa Clara County, California.

The Grand Jury further charges: T H A T

JOSE LUIS RAMIREZ VERDUZCO,

defendant herein, at the time of the offense alleged above, had already been convicted of a felony drug offense which had become final, that is, possess/purchase for sale of a controlled substance, in violation of California Health & Safety Code Section 11351, on or about March 17, 2011, in the Superior Court for Santa Clara County, California.

COUNT TWO: [21 U.S.C. § 841(a)(1) - Possession with the Intent to Distribute Methamphetamine]

The Grand Jury charges: THAT

JOSE ANGEL MARTINEZ CHAIREZ,
ANGEL AVILIO MARTINEZ DIAZ,
JOSE MARIA VILLAREAL, and
JOSE LUIS RAMIREZ VERDUZCO,

on or about July 10, 2013, in the County of Shasta, State and Eastern District of California, and elsewhere, did knowingly and intentionally possess with the intent to distribute at least 500 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges: T H A T

JOSE ANGEL MARTINEZ CHAIREZ,

defendant herein, at the time of the offense alleged above, had already been convicted of a felony drug

offense which had become final, that is, possession of marijuana for sale, in violation of California Health & Safety Code Section 11359, on or about November 21, 2011, in the Superior Court for Santa Clara County, California.

The Grand Jury further charges: T H A T

JOSE LUIS RAMIREZ VERDUZCO,

defendant herein, at the time of the offense alleged above, had already been convicted of a felony drug offense which had become final, that is, possess/purchase for sale of a controlled substance, in violation of California Health & Safety Code Section 11351, on or about March 17, 2011, in the Superior Court for Santa Clara County, California.

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) - Criminal Forfeiture]

Upon conviction of one or more of the offenses alleged in this Indictment, defendants JOSE ANGEL MARTINEZ CHAIREZ, ANGEL AVILIO MARTINEZ DIAZ, JOSE MARIA VILLAREAL, and
JOSE LUIS RAMIREZ VERDUZCO, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), the following property:

    a. All right, title, and interest in any and all property involved in violation of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offense, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived, directly or indirectly, from proceeds obtained as a result of the commission of the offense; and all property used in any manner or part to commit or to facilitate the commission of the violation.

    b. A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which defendants are convicted.

If any property subject to forfeiture, as a result of conviction of the offenses alleged in this Indictment:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold, or deposited with, a third person;

(3)    has been placed beyond the jurisdiction of the Court;

INDICTMENT – U.S. V. JOSE ANGEL MARTINEZ CHAIREZ, ET AL.    3

(4) has substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

No. _ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
vs.

JOSE ANGEL MARTINEZ CHARIEZ,
ANGEL AVILIO MARTINEZ DIAZ,
JOSE MARIA VILLAREAL, and
JOSE LUIS RAMIREZ VERDUZCO

## I N D I C T M E N T

**VIOLATION(S):** 21 U.S.C. §§ 846, 841(A)(1) – Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with the Intent to Distribute Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true* bill, /s/ Signature on file w/AUSA

---
*Foreman.*

*Filed in open court this* 18th *day*
*of* July *, A.D. 20* 13

*Clerk.*

Bail, $ **NO PROCESS NECESSARY**

Carolyn K. Delaney
U.S. Magistrate Judge

GPO 863 525

2:13-CR-0247 JAM

# PENALTY SLIP
## CR S

| DEFENDANT: | NAME | COUNT(S) |
|---|---|---|
| | JOSE ANGEL MARTINEZ CHARIEZ | Counts: 1 and 2 |
| | ANGEL AVILIO MARTINEZ DIAZ | Counts: 1 and 2 |
| | JOSE MARIA VILLAREAL | Counts: 1 and 2 |
| | JOSE LUIS RAMIREZ VERDUZCO | Counts: 1 and 2 |

**COUNT ONE and TWO**
VIOLATION        21 U.S.C. §§ 846 & 841 (a) (1) - Conspiracy to Distribute Methamphetamine

PENALTY        10 years to life in prison,
Up to $5,000,000 fine,
Term of Supervised Release of from 5 years to life,
$100 mandatory statutory assessment

WITH PRIORS CHARGED
PENALTY        20 years to life in prison
Up to $20,000,000 fine
Term of Supervised Release of from 10 years to life

FORFEITURE:        As described in the Indictment

ASSESSMENT:        $100 special assessment for each count

2:13-cr-0247 JAM