JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANGEL MARTINEZ-DIAZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>MARTINEZ-CHAIREZ, et al.,<br><br>         Defendants. | No. CR-S-13-247 JAM<br><br>Stipulation and Order Continuing Status Conference as to Defendant Angel Martinez-Diaz.<br><br>Date:  February 25, 2014<br>Time:  9:45 a.m.<br>Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Richard J. Bender, Assistant United States Attorney, together with counsel for defendant Angel Martinez-Diaz, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 21, 2014

2. By this stipulation, defendant now move to continue the status conference until February 25, 2014 at 9:45 a.m., and to exclude time between January 21, 2014 and February 25, 2014 under the Local Code T-4 (to allow defense counsel time to prepare).  It is anticipated Mr. Martinez-Diaz will entering a guilty plea at the next court appearance.

3.   The parties agree and stipulate, and request the Court find the following:

a. This case currently contains over a 100 pages of discovery as well as two DVD's with videos and one CD of audio recordings (the recordings are in Spanish).

b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c. Mr. Martinez-Diaz is from Honduras.  During the course of meeting with Mr. Martinez-Diaz, it became apparent issues surrounding his immigration status were quite complicated.  The court authorized funding for the UC Davis Immigration Clinic to review Mr. Martinez-Diaz's immigration circumstances and provide the defense with a report/analysis.  Such a review is necessary in order to adequately advise Mr. Martinez-Diaz of the potential immigration consequences he faces with a guilty plea (or verdict).  The report/analysis has been prepared by the clinic, but counsel for Mr. Martinez-Diaz needs additional time to review the analysis and recommendation.  I will need additional time to meet with Mr. Martinez-Diaz (with an interpreter).  The date requested herein was selected as it will accommodate my trial schedule  (Albright et al 11-226 TLN; commencing on 2/3/14, with an estimated duration of approximately 10 court days) and still allow sufficient time to meet with Mr. Martinez-Diaz in order to review the information provided by the Immigration Clinic as well the terms, conditions, and consequences of the proposed plea agreement

d. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The Government does not object to the continuance.

    f.   Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    g.   For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 21, 2014 to February 25, 2014 is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 16, 2014                              /s/ John R. Manning
                                                                             JOHN R. MANNING
                                                                             Attorney for Defendant
                                                                             Angel Martinez-Diaz

Dated:  January 16, 2014                              Benjamin B. Wagner
                                                                             United States Attorney

                                                     by:   /s/ Richard J. Bender
                                                                   RICHARD J. BENDER
                                                                   Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of January, 2014.

                                                              /s/ John A. Mendez
                                                               HONORABLE JOHN A. MENDEZ
                                                              U. S. DISTRICT COURT JUDGE